TEAMSTERS LOCAL UNION NO. 523,
affiliated with the International Brotherhood of Teamsters, Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent,

Kirk Rammage, Intervenor.

Nos. 08–9568, 08–9577.

United States Court of Appeals,
Tenth Circuit.

Oct. 29, 2010.

Steven R. Hickman, Frasier, Frasier & Hickman, Tulsa, OK, for Petitioner.

Linda Dreeben, Robert James Englehart, David Arthur Fleischer, National Labor Relations Board, Washington, DC,

Michael Werner, Overland Park, KS, for Respondent.

John Scully, National Right to Work Foundation, Springfield, VA, for Intervenor.

Before TACHA, HOLLOWAY, and KELLY, Circuit Judges.

## OPINION ON REMAND FROM THE UNITED STATES SUPREME COURT

TACHA, Circuit Judge.

On remand from the United States Supreme Court's opinion in *Teamsters Local Union Number 523 v. N.L.R.B.*, —— U.S. ——, 131 S.Ct. 109, —— L.Ed.2d ——, 2010 WL 1990005 (2010), we hold that the two-member NLRB group that issued the order in this case lacked statutory authority to act. *New Process Steel, L.P. v. N.L.R.B.*, —— U.S. ——, 130 S.Ct. 2635, 2640, 177 L.Ed.2d 162 (2010). Therefore, we VACATE the Board's order and REMAND to the Board for further proceedings. We GRANT Respondent/Cross–Petitioner's motion for remand.